Linda L. GOLDEN,
Petitioner/Appellant,

v.

Virgil D. WEISS,
Respondent/Respondent.

No. 59562.

Missouri Court of Appeals,
Eastern District,
Division One.

Sept. 17, 1991.

---

Claude C. Knight, Deborah Jean Tomich, St. Charles, for petitioner, appellant.

Michael A. Turken, Cundiff, Turken & Londoff, St. Charles, for respondent, respondent.

ORDER

PER CURIAM.

Mother appeals from the denial of her motion to modify dissolution decree, asking permission to remove children from the state. We affirm. The findings and conclusions of the motion court are not clearly erroneous, and an extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only setting forth the reasons for our order affirming the judgment pursuant to Rule 84.16(b).